

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-5-2011

# Martin Gutierrez Borrovic v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1305

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Martin Gutierrez Borrovic v. Atty Gen USA" (2011). *2011 Decisions.* Paper 941.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/941

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-1305
_____


MARTIN ALEJANDRO GUTIERREZ BORROVIC,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

_____


S U R   P E T I T I O N   F O R   P A N E L   R E H E A R I N G

_____


Present:   FUENTES, VANASKIE and NYGAARD, <u>Circuit Judges</u>


_____


The Petition for Panel Rehearing filed by the Appellant in the above-entitled matter, having been submitted to the judges who participated in the decision of this court is hereby GRANTED. The opinion and judgment entered May 11, 2011 are hereby vacated.

The Clerk is instructed to reinstate the appeal in No. 10-1305. The matter will be submitted to the next available merits panel.


IT IS SO ORDERED.

BY THE COURT,


/s/   Julio M. Fuentes
Circuit Judge

DATED: July 5, 2011

mlr/cc:
    Anayancy R. Housman, Esq.
    Yedidya Cohen, Esq.

**A True Copy:**

Marcia M. Waldron, Clerk